## THOMAS W. COHN *v.* PETER JOHL ET AL.
## (AC 18463)

Foti, Lavery and Hennessy, Js.*

Argued March 2—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

## JUNE BATTISTONI *v.* DAVID BATTISTONI
## (AC 19571)

Lavery, Schaller and Mihalakos, Js.*

Argued March 2—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

## JOSEPH GAYMON *v.* STATE OF CONNECTICUT
## (AC 19220)

O'Connell, C. J., and Mihalakos and Zarella, Js.*

Argued January 20—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

* The listing of judges reflects their seniority status on this court as of the date of oral argument.